# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

VOLODYMYR KVASHUK,

        Petitioner,

   v.

WARDEN, FSL JESUP,

        Respondent.

2:25-cv-22

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny as moot Respondent's Motion to Dismiss and Petitioner Volodymyr Kvashuk's ("Kvashuk") Motion for Summary Judgment and to dismiss without prejudice Kvashuk's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 21. Kvashuk has filed Objections to the Report and Recommendation. Dkt. No. 22.

In his Objections, Kvashuk states that the Court should reject the Magistrate Judge's March 10, 2026 Report and Recommendation and instead adopt the now-vacated February 26, 2026 Report and Recommendation, dkt. no. 20. Dkt. No. 22 at 1. Kvashuk asserts his case presents a "straightforward statutory-execution claim under" § 2241 as to whether the Bureau of Prisons ("BOP") can rely on a memorandum to bar inmates with detainers from residential

reentry center ("RRC") placement under the First Step Act ("FSA"). Id. at 2.  Kvashuk objects to the Magistrate Judge having adopted a bright-line rule in the current Report and Recommendation.  Id. Kvashuk also asserts that he is challenging the execution of his sentence, which means he is bringing a cognizable § 2241 claim. Id. at 3.

Kvashuk makes reasonable arguments in his Objections, but the arguments are unconvincing.  The Magistrate Judge thoroughly analyzes the distinction between habeas claims and conditions-of-confinement claims.  Dkt. No. 21 at 3-15.  The Magistrate Judge also notes that there is no controlling case law from the Eleventh Circuit Court of Appeals or the United States Supreme Court on this distinction.  Id.  The Magistrate Judge adopts a workable, bright-line rule based on relevant persuasive authority.  Applying that rule, it is clear that Kvashuk presents challenges to his conditions of confinement because even if Kvashuk is successful on the claim, he would not be entitled to immediate or early release; he would merely be transferred to prerelease custody.  Id. at 10, 11.  Thus, Kvashuk presents a conditions-of-confinement claim, not a habeas claim.[1]

---

[1] Kvashuk asserts several other objections, but all these arguments are contingent on the Court rejecting the Magistrate Judge's recommendation. For example, Kvashuk argues that 18 U.S.C. § 3625 does not bar jurisdiction here.  Dkt. No. 22 at 6-7.  But the Court would only need to address the impact of § 3625 if the Court rejected the Magistrate Judge's recommendation to dismiss Kvashuk's Petition.  Because I adopt the Magistrate Judge's recommendation and dismiss the Petition, I do not address Kvashuk's other, contingent objections.

In reaching his conclusion, the Magistrate Judge engages in a thorough analysis and discusses courts' conflicting views. Kvashuk seems to only disagree with the Magistrate Judge's conclusion but does not demonstrate that the Magistrate Judge errs in his discussion. I note that the recommended disposition here is dismissal without prejudice to Kvashuk's ability to present his claim via the proper vehicle, i.e., filing a civil complaint to seek redress based on any alleged conditions of confinement violations.

Thus, after an independent and de novo review of the entire record before the Magistrate Judge, the Court **OVERRULES** Kvashuk's Objections and **CONCURS WITH** and **ADOPTS in part** and **REJECTS in part** the Magistrate Judge's Report and Recommendation as the opinion of the Court.[2] I **DENY as moot** Respondent's Motion to Dismiss, **DISMISS without prejudice** Kvashuk's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DENY as moot** Kvashuk's Motion for Summary Judgment. Dkt. Nos. 1, 6, 10. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

   **SO ORDERED**, this 30 day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Court rejects the Magistrate Judge's recommendation to deny Kvashuk leave to appeal *in forma pauperis.*

3